April 22, 1996 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

  

No. 95-2041

 PAUL J. HALLORAN, ETC, ET AL.,

 Plaintiffs, Appellants,

 v.

 MICHAEL BOSQUET, ETC., ET AL.,

 Defendants, Appellees.

  

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge] 

  

 Before

 Cyr, Boudin and Stahl,

 Circuit Judges. 

  

 Bruce D. Todesco for appellants. 
 James R. Lee, Assistant Attorney General, with whom Jeffrey B. 
Pine, Attorney General, was on brief for appellee Michael Bosquet. 
 Kathleen M. Powers, with whom Marc DeSisto and Desisto Law 
Offices were on brief for appellees Town of Middletown, Robert A. 
Gibson, Vincent Truver, Robert Sylvia and Officer Frank Campagna.

  

  

 Per Curiam. In this case the appellant was permitted, Per Curiam. 

in effect, to amend his complaint by oral representations to the

trial judge to describe in detail the facts that he was prepared

to prove in order to show that the police had unconstitutionally

manufactured evidence against him. There is no claim that

inadequate discovery was permitted or that on any underlying fact

there were two different versions of events and that trial was

needed in order to determine what happened. Taken as true, we do

not think appellant's factual allegations amounted to a constitu-

tional claim that the evidence was manufactured or that the

Constitution was otherwise violated.

 Affirmed.  Affirmed. 

 2